# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAINFREIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NO. B1097ADF175188, and DOES 1-10, <br><br> Defendants. | Case No. 2:18-cv-09210 JAK (SSCx) <br><br> **JUDGMENT** <br><br> JS-6 |

On March 13, 2025, an Order issued granting summary judgment in favor of Defendant as to all of Plaintiff's claims. NOW, THEREFORE, it is hereby ADJUDGED and DECREED that Plaintiff shall recover nothing, the action shall be dismissed on the merits, that Underwriters shall recover allowable costs from Plaintiff Mainfreight Inc. through an application to the Clerk of the Court and that said judgment shall be entered forthwith.

March 26, 2025

_____
John A. Kronstadt
United States District Judge